**Affirmed and Memorandum Opinion filed March 12, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-01076-CV

## IN THE INTEREST OF M.L.B., a Child

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-54208**

## M E M O R A N D U M   O P I N I O N

Appellant, A.Y.A., appeals a final decree signed October 8, 2012, terminating her parental rights to the child who is the subject of this suit. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be

advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). The *Anders* procedures are applicable to an appeal from the termination of parental rights when an appointed attorney concludes that there are no non-frivolous issues to assert on appeal. *In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.).

Copies of counsel's brief and the appellate record were delivered to appellant. Appellant was advised of her right to file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991); *In re D.E.S.*, 135 S.W.3d at 329-30. More than thirty days have elapsed and as of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. We note that the trial court's ruling on the motion for instructed verdict was in error because the Department did not prove constructive abandonment for six months prior to appellant's incarceration. *See* Tex. Fam. Code Ann. § 161.001(1)(N). Because the judgment of termination can be affirmed on the remaining grounds alleged under section 161.001(1) along with a finding of best interest of the child, we find no reversible error. *See In re Castillo*, 101 S.W.3d 174, 178 (Tex. App.—Amarillo 2003, pet. denied). A discussion of the brief would add nothing to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.